American Trust & Savings Bank, v. City Electric Railway Company.

James J. Finn, plaintiff in error, v. Fannie O. Wetmore, defendant in error.

Contempt for violation of order to master in chancery to turn over funds in his hands.  Error to the Circuit Court of Macon county; the

Hon. William K. Whitfield, Judge, presiding. Heard in this court at the April term, 1919. Reversed and remanded. Opinion filed July 9, 1919. Rehearing denied October 14, 1919.

James J. Finn, *per se*, Redmon, Hogan & Redmon and Whitley & Fitzgerald, for plaintiff in error. Vail, Pogue & Allen, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.